21-cv-4468
Judge Matthew F. Kennelly
Magistrate Judge Young B. Kim
RANDOM

Alloyed Enterprises Co. v. Microsoft, et al.

Preliminary Motions For Judgment

# United States District Court
### for the Northern District of Illinois

| | |
|---|---|
| ALLOYED ENTERPRISES CO., | Case Number:_____ |
| *Plaintiff,* | COMPLAINT UNDER: |
| v. | (1) 28 U.S.C. §1331, |
| | (2) 28 U.S.C. §1343, |
| | (3) 28 U.S.C. §1346, |
| MICROSOFT CORPORATION, | (4) 42 U.S.C. §1983, |
| RCN TELECOM SERVICES LLC, & | (5) 42 U.S.C. §1985, |
| COMCAST CORPORATION OF THE | (6) PL No. 111-203, |
| DEPT. OF HOMELAND SECURITY, | (7) 15 U.S.C. §15, and |
| | (8) 5 U.S.C. §552a. |
| *Defendants.* | |
| | FILED UNDER SEAL PURSUANT |
| | TO FRCvP 5.2(d) |

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUG 23 2021

**FILED**

## RULE 57 MOTION FOR DECLARATORY JUDGMENT AND FURTHER RELIEF

1.      Pursuant to FRCvP 57, Plaintiff respectfully prays the Court issue a Declaratory

Judgment certifying that as a whistleblower to the United States FBI, SEC, CFTC, and

Department of Justice, Dodd-Frank §748(h)(3) and §922(h)(3) obligate Defendants to ensure

that Plaintiff's rights and privileges are preserved from impairment under color of any State

or Federal law.

2.      Plaintiff further requests for this Declaratory Judgment to provide that Defendants

may not impinge, impair, or hinder Plaintiff's performance of trade under color of any State

or local law, custom, or usage pre-empted by §210 of PL No. 106-554.

3.      Plaintiff further aks the Court to ensure this Declaratory Judgment enforce Plaintiff's

right to travel freely by carrier to and from Plaintiff's computing nerve hub in the District of

Alloyed Enterprises Co. v. Microsoft, et al.                          Preliminary Motions For Judgment

Columbia's National Capital Region Transportation and to all other venues where Plaintiff

might venture.

4.    Plaintiff continues by praying that the Court shall provide all further and other relief

or remedy which it finds to be necessary, proper, or in the interests of justice.

Plaintiff thanks the Court for its consideration of this motion.

Very respectfully submitted,

ALLOYED ENTERPRISES COMPANY

/s/  Thomas Madison Glimp                               Dated:  8/23/2021
President and Chairman
Alloyed Enterprises IL Company
Chicago Business License #2781133
Illinois Charter #7261-363-5

40 E. 9th Street, Ste. 402
Chicago, IL 60605
(312)-761-4206
ilcompany@alloyedenterprises.com

**Alloyed Enterprises IL Co.**
Seal:                **IL CHARTER NO. 7261-363-5**
A Member of Alloyed Enterprises Co.