# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Alloyed Enterprises Co.

                        Plaintiff,

v.                                             Case No.: 1:21−cv−04468 *SEALED*
                                                     Honorable Matthew F. Kennelly

Microsoft Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 24, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Alloyed Enterprises Co. has filed what purports to be a pro se complaint against Microsoft Corp; RCN Telecom Services LLC; Comcast Corp.; and the Department of Homeland Security. Alloyed Enterprises filed its complaint and a flurry of other documents under seal and also filed a motion asking for leave to file them under seal. The motion to file under seal [9] is denied; Alloyed Enterprises has identified no legitimate basis to have the entire case under seal. The Clerk is directed to unseal the case and all filings. Alloyed Enterprises has also filed motions asking the Court to appoint counsel to represent it; in the alternative to give its principal Thomas Glimp (who is not an attorney) to appear pro hac vice as the company's counsel; or in the alternative to allow the company to represent itself. These motions are all denied [10] [11] [12] [13]. An entity like Alloyed Enterprises may not represent itself but rather must appear through a licensed attorney. See United States v. Hagerman; 545 F.3d 579 at 581 (7th Cir. 2008). Mr. Glimp concedes he is not an attorney and thus he may not serve as Alloyed Enterprises' counsel. And Alloyed Enterprises has not shown that it qualifies for appointment of counsel financially or otherwise. The Court also notes in this regard that Alloyed Enterprises' complaint is almost certainly subject to dismissal as frivolous and for failure to comply with Fed. R. Civ. P. 8's requirement to provide a "short and plain statement" of the plaintiff's claim. The complaint is a sprawling 87−page document in which Alloyed Enterprises contends among other things that certain of the defendants have hacked into plaintiff's devices for a four−year period and have among other things "purposely misattributed speech comprising inchoate terrorist activities to Plaintiff's person with the intent to penalize Plaintiff by manipulating counter−terrorism and policing algorithms to create cause to commence intrusive digital and physical search and deprive Plaintiff of the beneficial use of private property while absconding from due process obligations." This like many of the complaint's allegations is (at least) borderline unintelligible and not explained in the body of the complaint. Unless plaintiff Alloyed Enterprises files an appearance by counsel who is a member of the bar of this District by no later than 9/10/2021 the Court will dismiss its complaint as an improperly filed pro se complaint. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.